**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>　　　　Defendant. | No. 2:19-cv-01122-BJR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

　　　　The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds that the motion is well taken, and it is hereby:

　　　　ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

　　　　ORDERED that the case is stayed until November 16, 2020 or until such other time as this Court may order;

1 ORDERED that the parties are to file a joint motion by November 1, 2020 advising the
2 Court whether they desire additional time for the stay.  Either party may move at any time to
3 request that the Court lift the stay.

4

5 Dated:  June 15, 2020

6

7

8 _____
Barbara Jacobs Rothstein
9 U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23