**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>        Defendant. | No. 2:19-cv-01122-BJR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

      The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds that the motion is well taken, and it is hereby:

      ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

      ORDERED that the case is stayed until February 16, 2021;

ORDERED that the parties are to file a joint motion by February 1, 2021 advising the Court whether they desire additional time for the stay. Either party may move at any time to request that the Court lift the stay.

Dated this 26th day of October 2020.

Barbara Jacobs Rothstein
U.S. District Court Judge