**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>            Defendant. | No. 2:19-cv-01122-BJR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds that the motion is well taken, and it is hereby:

ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

ORDERED that the case is stayed until November 27, 2021;

ORDERED that the parties are to file a joint motion by November 1, 2021 advising the

Order Granting Motion for Extension of Stay – 1
Cause No.: 2:19-cv-01122-BJR

2928563 / 1341.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

Court whether they desire additional time for the stay. Either party may move at any time to request that the Court lift the stay.

Dated: 4/19/21

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Order Granting Motion for Extension of Stay – 2
Cause No.: 2:19-cv-01122-BJR

2928563 / 1341.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX