**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>Defendant. | No. 2:19-cv-01122-BJR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds that the motion is well taken, and it is hereby:

ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

ORDERED that the case is stayed until May 26, 2022 or until such other time as this Court may order;

ORDERED that the parties are to file a joint motion by May 2, 2022, advising the Court whether they desire additional time for the stay. Either party may move at any time to request that the Court lift the stay.

Order Granting Motion for Extension of Stay – 1

3083264 / 1341.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated: October 27, 2021

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Order Granting Motion for Extension of Stay – 2

3083264 / 1341.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX