**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> RESOURCE TRANSITION CONSULTANTS, LLC, <br><br> Defendant. | No.  2:19-cv-01122-BJR <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds that the motion is well taken, and it is hereby:

ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

ORDERED that the case is stayed until April 30, 2023 or until such other time as this Court may order;

ORDERED that the parties are to file a joint motion by April 10, 2023, advising the Court whether they desire additional time for the stay.

1    Either party may move at any time to request that the Court lift the stay.

2

3    Dated:  October 25, 2022

4

5

6    _____
     Barbara Jacobs Rothstein
7    U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23