**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>　　　　Defendant. | No.  2:19-cv-01122-BJR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds that the motion is well taken, and it is hereby:

ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

ORDERED that the case is stayed until October 27, 2023 or until such other time as this Court may order;

ORDERED that the parties are to file a joint motion by October 6, 2023, advising the Court

Order Granting Motion for Extension of Stay – 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

3441321 / 1341.0001

whether they desire additional time for the stay.  Either party may move at any time to request that the Court lift the stay.

Dated: March 29, 2023

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Order Granting Motion for Extension of Stay – 2

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

3441321 / 1341.0001