**Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>　　　　　Defendant. | No. 2:19-cv-01122-KKE<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

　　The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds that the motion is well taken, and it is hereby:

　　ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

　　ORDERED that the case is stayed until October 21, 2024 or until such other time as this Court may order;

//

//

Order Granting Motion for Extension of Stay – 1
Cause No.: 2:19-cv-01122-KKE

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1  ORDERED that the parties are to file a joint motion by September 30, 2024, advising the
2  Court whether they desire additional time for the stay.  Either party may move at any time to
3  request that the Court lift the stay.

5  Dated: <u>March 26, 2024</u>

*[signature]*

Kymberly K. Evanson
United States District Judge

Order Granting Motion for Extension of Stay – 2
Cause No.:  2:19-cv-01122-KKE

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX