**Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>　　　　Defendant. | No. 2:19-cv-01122-KKE<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY** |

On October 8, 2024, the Court held a status conference on the parties' Joint Motion for Extension of Stay (Dkt. No. 51), in which the parties provided the status of the fund recovery in Peru. The Court, having considered the parties' Joint Motion and representations during the status conference, finds good cause to extend the operative stay. It is hereby:

ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

ORDERED that the case is stayed until April 19, 2025, or until such other time as this Court may order;

//

//

Order Granting Motion for Extension of Stay – 1
Cause No.: 2:19-cv-01122-KKE

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

ORDERED that the parties are to file a joint motion by March 29, 2025, advising the Court whether they desire additional time for the stay. In the joint motion, the parties shall detail their progress in recovering the funds and explain whether further delays should be expected. Either party may move at any time to request that the Court lift the stay or to stipulate to a tolling agreement and dismissal without prejudice.

Dated: October 9, 2024

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Order Granting Motion for Extension of Stay – 2
Cause No.: 2:19-cv-01122-KKE

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX