UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | CASE NO. C19-01122-KKE |
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR EXTENSION OF STAY |
| v. | |
| RESOURCE TRANSITION CONSULTANTS LLC, | |
| Defendant. | |

The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds good cause to extend the operative stay, and it is hereby:

ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

ORDERED that the case is stayed until April 14, 2026, or until such other time as this Court may order;

ORDERED that the parties are to file a joint motion by March 24, 2026, advising the Court whether they desire additional time for the stay. In the joint motion, the parties shall detail their progress in recovering the funds and explain whether further delays should be expected. Either

ORDER GRANTING JOINT MOTION FOR EXTENSION OF STAY - 1

party may move at any time to request that the Court lift the stay or to stipulate to a tolling agreement and dismissal without prejudice.

Dated this 25th day of September, 2025.

Kymberly K. Evanson
United States District Judge