**HONORABLE KYMBERLY K. EVANSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

NAVIGATORS SPECIALTY INSURANCE
COMPANY,

                    Plaintiff,

        -against-

RESOURCE TRANSITION CONSULTANTS,
LLC,

                    Defendant.

Civil Action No.  2:19-cv-01122-KKE

**ORDER GRANTING MOTION
FOR EXTENSION OF STAY**

The Court, having considered the parties' Joint Stipulation and Motion for Extension of Stay, finds good cause to extend the operative stay, and it is hereby:

ORDERED that the Joint Stipulation and Motion for Extension of Stay shall be, and hereby is, granted;

ORDERED that the case is stayed until October 11, 2026 or until such other time as this Court may order;

ORDERED that the parties are to file a joint motion by September 21, 2026, advising the Court whether they desire additional time for the stay.  In the joint motion, the parties shall detail their progress in recovering the funds and explain whether further delays should be expected.  Either

Order Granting Joint Stipulation and Motion for Extension of Stay--1
CASE No. 2:19-cv-01122-KKE

party may move at any time to request that the Court lift the stay or to stipulate to a tolling agreement and dismissal without prejudice.

Dated this 24th day of March 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Order Granting Joint Stipulation and Motion for Extension of Stay--2
**CASE No. 2:19-cv-01122-KKE**